460 A.2d 852

Commonwealth v. Rauser, Appellant.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.
Order affirmed.

460 A.2d 852

Commonwealth v. Roache, Appellant.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.
Order affirmed.